HAROLD SIMMONS, Respondent, *v.* RADIO PRINTING CORPORATION et al., Defendants, and FERRO REALTY CORPORATION, Appellant.

Argued December 6, 1938; decided January 10, 1939.

*F. A. W. Ireland* and *William C. Fiest* for appellant.

*William A. Hyman* and *Solomon Rotwein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.